IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 2:99cr149-MHT |
| | ) | (WO) |
| GARY C. LOVELADY | ) | |

### ORDER

Upon further consideration of defendant Gary C. Lovelady's motion for modification of restitution (doc. no. 37) and the responses thereto (doc. nos. 42 & 43), the court has concerns about its authority to reduce Lovelady's restitution payment based on his settlement with the victim. See United States v. Maestrelli, 156 Fed. Appx. 144 (11th Cir. 2005). Moreover, the only authority cited by Lovelady in his motion, Federal Rule of Criminal Procedure 32, says nothing about reducing restitution.

***

Accordingly, it is ORDERED that, by August 14, 2017, defendant Gary C. Lovelady shall file a brief setting forth the legal authority, if any there be,

upon which the court may grant the relief requested by defendant Lovelady.

DONE, this the 7th day of August, 2017.

                               /s/ Myron H. Thompson  
                               UNITED STATES DISTRICT JUDGE