IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )     CRIMINAL ACTION NO.
    v.                      )        2:99cr149-MHT
                            )            (WO)
GARY C. LOVELADY            )
```

**ORDER**

It is ORDERED that:

(1) The government's motion to apply funds (Doc. 52) is granted.

(2) The clerk of court is directed to credit defendant Gary C. Lovelady's restitution account $ 25,000.00 for the money he paid directly to the victim in 2017 as a result of a private settlement.

The court assumes defendant Lovelady has no objection to the government's motion. However, if he does, he shall file his objection by August 26, 2021.

DONE, this the 5th day of August, 2021.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE